UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BERNARD WARREN,

    Plaintiff,

v.

SONOMA COUNTY PUBLIC HEALTH (T.A.S.C.) and TURNING POINT DRUG TREATMENT FACILITY MANAGEMENT,

    Defendants.

No. C 15-5208 EDL (PR)

**ORDER SUA SPONTE GRANTING PLAINTIFF SECOND EXTENSION OF TIME WITHIN WHICH TO FILE AMENDED COMPLAINT**

Plaintiff, an inmate at the Sonoma County Jail's Main Adult Detention Facility, filed a pro se civil rights complaint under 42 U.S.C. § 1983. On February 29, 2016, the court dismissed the complaint with leave to amend within twenty-eight (28) days. Plaintiff received one extension of time within which to file his amended complaint after Plaintiff stated that he had no access to the law library. Plaintiff has now filed a letter to the court, informing the court that he still has not access to the law library, and requests the court to allow him to "continue the matter at a later date." Plaintiff appears to request an indefinite extension of time within which to file an amended complaint. Plaintiff suggests that he will have access to legal advice once he is released from custody, and believes that it will be by June.

The court sua sponte grants Plaintiff a second extension of time within which to file an amended complaint. Plaintiff shall file an amended complaint **no later than June 30, 2016**. Failure to do so within the time provided may result in the dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: May __5__, 2016


ELIZABETH D. LAPORTE
United States Magistrate Judge

P:\PRO-SE\EDL\CR.15\Warren208eot-ac2.wpd