UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD WARREN,<br><br>   Plaintiff,<br><br> v.<br><br>SONOMA COUNTY PUBLIC HEALTH (T.A.S.C.) and TURNING POINT DRUG TREATMENT FACILITY MANAGMENT,<br><br>   Defendants. | Case No. 15-cv-05208-EDL<br><br>**ORDER OF DISMISSAL** |

  Plaintiff, an inmate at the Sonoma County Jail's Main Adult Detention Facility, filed a pro se civil rights complaint under 42 U.S.C. § 1983. On February 29, 2016, the court dismissed the complaint with leave to amend within twenty-eight (28) days. Plaintiff received two extensions of time within which to file his amended complaint after he stated that he had no access to the law library. Plaintiff's amended complaint was due June 30, 2016. Plaintiff was warned that if he failed to file an amended complaint within the time provided that his case would be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). To date, plaintiff has not filed an amended complaint or had any further communication with the court. Accordingly, this case is dismissed without prejudice. The Clerk shall terminate all deadlines and close the case.

**IT IS SO ORDERED.**

Dated: July 26, 2016

ELIZABETH D. LAPORTE
United States Magistrate Judge